IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROMEO ARNULFO CHINCHILLA                                           PLAINTIFF

v.                              Case No. 14-5118

DEPUTY ROSE, et al.                                               DEFENDANTS

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Currently before the undersigned is Defendants' Motion to Dismiss (Doc. 38). Defendants move to dismiss this action based upon Plaintiff's failure to keep the Court informed of his current address.

On January 23, 2015, February 26, 2015, March 11, 2015, March 12, 2015, and April 2, 2015, mail sent from the Court to the Plaintiff at the Benton County Detention Center was returned as undeliverable and it was indicated that no new address was available for the Plaintiff. On April 7, 2015, the Court entered an order stating that it had obtained Plaintiff's home address from the Detention Center and directed the new address to be entered of record and the documents previously returned to be resent to Plaintiff at his home address. The Court advised Plaintiff that it was his responsibility to keep the Court informed of his current address and that the failure to do so could result in the dismissal of his case. (Doc. 34.) On April 23, 2015, the mail sent to Plaintiff at his home address was returned as undeliverable, marked "RTS - Unable to forward."

On May 22, 2015, Defendants filed the motion to dismiss now before the Court stating that they have not been able to serve their Notice of Disclosures upon Plaintiff at his home address and that the Notice of Disclosures was returned to them, marked "Return to Sender" and "Insufficient Address."  (Docs. 38, 40.)

Local Rule 5.5(c)(2) requires pro se parties to notify the Clerk of the Court of any change in address.  Plaintiff was advised of this duty in the order directing the filing of his complaint on April 10, 2014.  (Doc. 3.)  Plaintiff has failed to comply with this duty and the undersigned, therefore, recommends that Defendants' Motion to Dismiss (Doc. 38) be **GRANTED** and that this action be **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2).

**The parties have fourteen days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 17th day of June, 2015.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE