IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROMEO ARNULFO CHINCHILLA                                                                           PLAINTIFF

v.                                    Civil No.  14-5118

DEPUTY ROSE; and DEPUTY ROSSER                                                                DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983.  Plaintiff proceeds *in forma pauperis* and *pro se*.

When he filed this case on April 10, 2014, Plaintiff was incarcerated in the Benton County Detention Center (BCDC).  Plaintiff was specifically advised that it was his obligation to immediately notify the Court of any changes in his address (Doc. 3).

Mail sent to the Plaintiff at the BCDC was returned as undeliverable on January 23, 2015, February 26th, March 11th, March 12th, and April 2nd.  On April 7th, Court staff obtained the Plaintiff's home address that he had provided when he was booked into the BCDC.  A change of address (Doc. 34) was entered on his behalf.

On April 23rd, mail was returned as undeliverable from the home address.  Mail was also returned undeliverable from this address on June 23, 2015, and July 10, 2015.  In view of the fact that the Court had no current address for the Plaintiff, the hearing scheduled for August 25th was cancelled.

On June 17, 2015, a report and recommendation (Doc. 41) was entered.  It was recommended that the case be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil

AO72A
(Rev. 8/82)

Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

By memorandum and order entered on August 6, 2015 (Doc. 44), United States District Judge Timothy L. Brooks declined to adopt the report and recommendation. Plaintiff was given forty-five days of receiving the order to state: (1) his current address and phone number; (2) whether he desired to continue prosecuting the action; and if so (3) whether he still wanted an attorney appointed to represent him.

Pursuant to the order, on August 6, 2015, copies of the memorandum opinion and order were sent to the Plaintiff by certified mail and by first class mail to two separate addresses, an address in Rogers, Arkansas, and an address in Lowell, Arkansas. On August 13, 2015, both the certified and the first class mail were returned as undeliverable from the Rogers address. On August 31, 2015, the certified mail was returned from the Lowell address. The first class mail from the Lowell address has not been returned.

It has been more than forty-five days since the issuance of the memorandum opinion and order (Doc. 44). Plaintiff has not responded to the Court order. Defendants have been unable to serve documents on the Plaintiff and engage in discovery. Plaintiff did not advise the Court of his release from the BCDC and has not provided the Court with his new address in accordance with the order of the Court (Doc. 3) or in compliance with Local Rule 5.5(c)(2). Plaintiff has not communicated with the Court in anyway. I therefore recommend that this case be dismissed with prejudice for failure to prosecute and failure to obey the order of the Court. Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties**

AO72A
(Rev. 8/82)

**are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 24th day of September 2015.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)