IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROMEO ARNULFO CHINCHILLA     PLAINTIFF

V.     CASE NO. 5:14-CV-5118

DEPUTY ROSE; and DEPUTY ROSSER     DEFENDANTS

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 46) filed in this case on September 24, 2015, by the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, this case is **DISMISSED WITH PREJUDICE** for failure to prosecute and obey Court orders.

**IT IS SO ORDERED** on this 8th day of January, 2016.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE